

# NUMBER 13-17-00593-CV
# NUMBER 13-19-00223-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

# IN THE GUARDIANSHIP OF LEON R. BERNSEN, SR., AN ALLEGED INCAPACITATED PERSON

---

**On appeal from the County Court at Law No. 5 of Nueces County, Texas.**

---

# ORDER

**Before Justices Benavides, Hinojosa, and Valdez[1]**
**Order Per Curiam**

Cross-appellant Lynn Bernsen filed a cross-appeal in appellate cause number 13-

17-00593-CV, *In the Guardianship of Leon R. Bernsen, an Alleged Incapacitated Person*,

---

[1] Retired Thirteenth Court of Appeals Chief Justice Rogelio Valdez, assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to the government code. *See* TEX. GOV'T CODE ANN. § 74.003.

from judgments entered by the County Court at Law No. 5, Nueces County, Texas. Lynn desires to appeal the trial court's order "that the email communications between Dianna Bernsen and Attorney Leshin are not admitted at this time." However, this is a non-appealable order, and this Court does not have jurisdiction.

This appeal with respect to appellants Dianna and Leon Bernsen Sr. is hereby SEVERED from Lynn's attempted appeal and placed into appellate cause number 13-19-00223-CV styled *In the Guardianship of Leon R. Bernsen, Sr., an Alleged Incapacitated Person*. The appeal with respect to appellant Dianna Bernsen and cross-appellant Lynn Allison remains docketed under the original cause number 13-17-00593-CV and will proceed in due course.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of August, 2019.